Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
LINDA STAPE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| LINDA STAPE, ) | **Case No.:** |
| ) | |
| Plaintiff, ) | **COMPLAINT AND DEMAND FOR** |
| ) | **JURY TRIAL** |
| v. ) | |
| ) | **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

LINDA STAPE  (Plaintiff), through her attorneys, KROHN & MOSS, LTD.,

alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

- 1 -

3.  Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

4.  Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5.  Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6.  Plaintiff is a natural person residing in Wilmington, Delaware.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant has been placing collection calls to Plaintiff for nearly 6 weeks.

13. Defendant places collection calls to Plaintiff daily.

14. Defendant places collection calls to Plaintiff's home phone: 302-764-0562.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a.  Defendant violated §1692d of the FDCPA by engaging in conduct of which the

- 2 -

natural result is the abuse and harassment of the Plaintiff.

b.  Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, LINDA STAPE  respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

16. Statutory damages of $1000.00  pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, LINDA STAPE, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  October 21, 2010                KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager

By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

- 3 -

PLAINTIFF'S COMPLAINT

1

2

3

4

5

## VERIFICATION OF COMPLAINT AND CERTIFICATION

6

STATE OF DELEWARE:

7

Plaintiff, LINDA STAPE states the following:

8

9
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe
10 that all of the facts contained in it are true, to the best of my knowledge, information
and belief formed after reasonable inquiry.
11
3. I believe that this civil Complaint is well grounded in fact and warranted by existing
law or by a good faith argument for the extension, modification or reversal of existing
12 law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as
13 to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
needless increase in the cost of litigation to any Defendant(s), named in the
14 Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
15 6. Each and every exhibit I have provided to my attorneys which has been attached to
this Complaint is a true and correct copy of the original.
16
7. Except for clearly indicated redactions made by my attorneys where appropriate, I
have not altered, changed, modified or fabricated these exhibits, except that some of
17 the attached exhibits may contain some of my own handwritten notations.

18

19   Pursuant to 28 U.S.C. § 1746(2), I, LINDA STAPE, hereby declare (or certify,
verify or state) under penalty of perjury that the foregoing is true and correct.

20

21

22  10-20-2010

23      Date                                           LINDA STAPE

24

25