Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:    619/296-2013
dpk@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Linda Stape, | ) Case No.  2:10-CV-02841-KJM-GGH |
| | ) |
| Plaintiff, | ) JOINT STIPULATION AND MOTION |
| | ) TO DISMISS ENTIRE ACTION WITH |
| vs. | ) PREJUDICE |
| | ) |
| NCO Financial Systems, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Defendant NCO Financial Systems, Inc.,  and Plaintiff Linda Stape, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1),  and jointly move this court for an order of dismissal with prejudice.

/ / /

/ / /

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.  The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

                                                Respectfully submitted,

Dated: June 10, 2011          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Sondra R. Levine*
Sondra R. Levine
Attorney for Defendant NCO Financial Systems, Inc.

Dated: June 10, 2011          KROHN & MOSS, LTD

*/s/Nicholas Bontrager*
Nicholas Bontrager
Attorney for Plaintiff Linda Stape